# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMY BALDWIN, Individually and For Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MCLAREN LAPEER REGION and MCLAREN HEALTH CARE CORPORATION,<br><br>Defendants. | Case No. 24-11643<br><br>Hon. Jonathan J.C. Grey<br><br>FLSA Collective Action |

## ORDER OF DISMISSAL

Upon review and consideration of the parties' stipulation (ECF No. 42), and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that plaintiffs' cause of action is **DISMISSED WITH PREJUDICE** as to all defendants and without costs, interest or attorney fees to any party.

This Order resolves the last pending claim and closes the case.

**SO ORDERED.**

Date: April 28, 2025

s/Jonathan J. C. Grey
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
